# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SUMMIT GARDENS ASSOCIATES, et al., | |
| Plaintiffs, | |
| v. | Case No.:  1:17-cv-02553-DCN |
| CSC SERVICEWORKS, INC., | |
| Defendant. | |

### DEFENDANT'S NOTICE OF FILING
### MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Defendant CSC ServiceWorks, Inc. ("CSC") submits this Notice to inform this Court that, on October 21, 2019, a Motion for Preliminary Approval of Class Action Settlement was filed in *1050 W. Columbia Condominium Assoc., et al. v. CSC ServiceWorks, Inc.*, No. 2019-CH-07319 (Ill. Cir. Ct.). As referenced in CSC's Motion to Stay Pending Completion of National Class Settlement filed on September 24, 2019, this proposed National Class Settlement proposes a class that will include Plaintiffs Summit Gardens Associates and Sunnyslope Investments No. 1 Ltd., and the class it seeks to represent here. A copy of the Motion for Preliminary Approval of Settlement, which includes the executed Settlement Agreement, is attached as Exhibit A.

Date: October 22, 2019

Respectfully submitted,

/s/ Paul B. La Scala
Michael J. Zbiegien, Jr., OH Bar No. 0078352
Daniel H. Bryan, OH Bar No. 0095309
Jennifer B. Orr, OH Bar No. 0084145
Aaron M. Herzig, OH Bar No. 0079371
TAFT, STETTINIUS & HOLLISTER LLP

4848-5525-1626

200 Public Square, Suite 3500
Cleveland, OH 44114
T: 216.241.2838 | F: 216.241.3707
E: mzbiegien@taftlaw.com
E: dbryan@taftlaw.com
E: jorr@taftlaw.com
E: aherzig@taftlaw.com

Paul B. La Scala *(pro hac vice)*
SHOOK, HARDY & BACON LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
T: 949.475.1500 | F: 949.475.0016
E: plascala@shb.com

Paul A. Williams *(pro hac vice)*
SHOOK, HARDY & BACON LLP
1660 17th Street, Suite 450
Denver, CO 80202-1254
T: 303.285.5300 | F: 303.285.5301
E: pwilliams@shb.com

ATTORNEYS FOR DEFENDANT

2

4848-5525-1626

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Paul B. La Scala
ATTORNEY FOR DEFENDANT

4848-5525-1626