IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUMMIT GARDENS ASSOCIATES, et al., | |
| Plaintiffs, | |
| v. | Case No.:  1:17-cv-02553-DCN |
| CSC SERVICEWORKS, INC., | |
| Defendant. | |

**DEFENDANT'S STATUS UPDATE REGARDING CLASS SETTLEMENT**

Pursuant to the Court's October 25, 2019 Order granting CSC's motion to stay (Doc. 82), Defendant CSC ServiceWorks, Inc. ("CSC") respectfully submits this update on the status of the settlement proceedings in the matter captioned *1050 W. Columbia Condominium Assoc., et al. v. CSC ServiceWorks, Inc.*, No. 2019-CH-07319 (Ill. Cir. Ct.).

On October 21, 2019, Plaintiffs 1050 West Columbia Condominium Association; RBB2, LLC; MJM Visions, LLC; and Kay-Kay Realty, Corp. filed a Motion for Preliminary Approval of Class Action Settlement in the above-referenced *1050 W. Columbia* matter.  A copy of that motion was previously provided to this Court on October 22, 2019.  (Doc. 81-1.)  The motion was noticed and heard by Judge Sophia Hall on November 22, 2019, resulting in the preliminary approval of the proposed settlement.  The preliminary approval order is attached to this Status Update as Exhibit A.  Pursuant to Judge Hall's order, notice to settlement class members must be completed by January 6, 2020, any objections or opt-outs by settlement class members must be submitted by March 6, 2020, and the final approval hearing is presently scheduled for April 17, 2020.

Dated: November 25, 2019          Respectfully submitted,

/s Paul A. Williams
Michael J. Zbiegien, Jr., OH Bar No. 0078352
Daniel H. Bryan, OH Bar No. 0095309
Jennifer B. Orr, OH Bar No. 0084145
Aaron M. Herzig, OH Bar No. 0079371
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
T: 216.241.2838 | F: 216.241.3707
E: mzbiegien@taftlaw.com
E: dbryan@taftlaw.com
E: jorr@taftlaw.com
E: aherzig@taftlaw.com

Paul B. La Scala *(pro hac vice)*
SHOOK, HARDY & BACON LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
T: 949.475.1500 | F: 949.475.0016
E: plascala@shb.com

Paul A. Williams *(pro hac vice)*
SHOOK, HARDY & BACON LLP
1660 17th Street, Suite 450
Denver, CO 80202-1254
T: 303.285.5300 | F: 303.285.5301
E: pwilliams@shb.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November 2019, the foregoing filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Paul A. Williams
ATTORNEY FOR DEFENDANT

4829-0513-1181