IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUMMIT GARDENS ASSOCIATES, et al., | | |
| Plaintiffs, | | |
| v. | | Case No.:   1:17-cv-02553-DCN |
| CSC SERVICEWORKS, INC., | | |
| Defendant. | | |

## DEFENDANT'S STATUS UPDATE REGARDING CLASS SETTLEMENT

Pursuant to the Court's October 25, 2019 Order granting CSC's motion to stay (Doc. 82), Defendant CSC ServiceWorks, Inc. ("CSC") respectfully submits this update on the status of the settlement proceedings in the matter captioned *1050 W. Columbia Condominium Assoc., et al. v. CSC ServiceWorks, Inc.*, No. 2019-CH-07319 (Ill. Cir. Ct.).

On November 25, 2019, CSC submitted its first status update to this Court (Doc. 83) in which it set forth Judge Hall's hearing on the Motion for Preliminary Approval of Class Action Settlement, provided this Court with the Motion and Judge Hall's order granting preliminary settlement approval, and noted the following deadlines pursuant to the order: (1) notice to settlement class members must be completed by January 6, 2020; (2) any objections or opt-outs by settlement class members must be submitted by March 6, 2020; and (3) the final approval hearing is scheduled for April 17, 2020. No other proceedings have taken place since CSC's November 25 status update and no other settlement deadlines apart from those in the order granting preliminary approval have been imposed.

Dated: December 23, 2019                Respectfully submitted,

*/s Paul A. Williams*
Michael J. Zbiegien, Jr., OH Bar No. 0078352
Daniel H. Bryan, OH Bar No. 0095309
Jennifer B. Orr, OH Bar No. 0084145
Aaron M. Herzig, OH Bar No. 0079371
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
T: 216.241.2838 | F: 216.241.3707
E: mzbiegien@taftlaw.com
E: dbryan@taftlaw.com
E: jorr@taftlaw.com
E: aherzig@taftlaw.com

Paul B. La Scala *(pro hac vice)*
SHOOK, HARDY & BACON LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
T: 949.475.1500 | F: 949.475.0016
E: plascala@shb.com

Paul A. Williams *(pro hac vice)*
SHOOK, HARDY & BACON LLP
1660 17th Street, Suite 450
Denver, CO 80202-1254
T: 303.285.5300 | F: 303.285.5301
E: pwilliams@shb.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2019, the foregoing filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s Paul A. Williams*
ATTORNEY FOR DEFENDANT

4848-8674-5519