## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| Summit Garden Associates, et al., <br><br> Plaintiff(s) <br> v. <br><br> CSC Serviceworks, Inc., <br> Defendant(s) | Date: September 15, 2020 <br><br> Judge Donald C. Nugent <br><br> Court Reporter: None <br><br> Case Number: 1:17 CV 2553 |
|---|---|

Telephonic status held w/ all counsel participating. Companion case in Chicago still in limbo - Illinois Supreme Court issued an opinion 7-0 that cases like this are not under the jurisdiction of state courts. There is status set 10/27/20 before Judge Hall in Chicago.

Status set 12/3/20 @ 9:00 AM

All counsel notified of this ORDER

Length of Proceeding: 15 min

United States District Judge /s/ Donald C. Nugent 9/15/20