UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUMMIT GARDENS ASSOCIATES, et al., | ) ) ) | CASE NO. 1:17 CV 2553 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| vs. | ) ) | <u>ORDER OF DISMISSAL</u> |
| CSC SERVICEWORKS, INC. | ) ) ) | |
| Defendant. | ) | |

The parties have notified the Court that an agreement has been reached in this case as part of a larger global settlement. The parties have reached a settlement of all individual claims, counterclaims, and other matters pending, without prejudice to the uncertified class and its putative members. (ECF #137). Therefore, this case is dismissed with prejudice. As part of the settlement, the Plaintiffs' motion for sanctions is withdrawn. (ECF #136). The parties may file additional documentation memorializing the finalized settlement within 60 days. Each party to bear its own costs. IT IS SO ORDERED.

    /s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: October 22, 2021